### BOYTON v. LADDY.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Motion denied.    See 3 N. Y. Supp. 93; 10 N. Y. Supp. 622.

---

### HOTIS v. NEW YORK CENT. & H. R. R. CO.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Judgment affirmed, with costs.    See 6 N. Y. Supp. 605.

---

### KEENHOLTZ v. CHURCH.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Motion for leave to go to the court of appeals denied, with $10 costs.    See 10 N. Y. Supp. 615.

---

### LA ROE v. CLUTE.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Motion denied.

---

### In re LEONARD'S ESTATE.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Order affirmed, with $10 costs, and printing disbursements.

---

### LINDSAY, Appellant, v. SCHOOL-DISTRICT No. 4 OF THE TOWN OF STEPHEN-TOWN, Respondent, Impleaded, Etc.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Judgment affirmed, with costs.

---

### PEOPLE v. MAXON.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Judgment resettled so as to contain the following: "Judgment of conviction and sentence reversed, and defendant discharged."    See 10 N. Y. Supp. 593.

---

### PEOPLE ex rel. HEYWARD, Appellant, v. PARKS, Respondent.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Order denying motion for *mandamus* affirmed, with $10 costs, and printing disbursements.

---

### PEOPLE ex rel. HEYWARD, Appellant, v. PARKS, Respondent.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Motion to strike out part of case granted, with $10 costs.

---

### PITKIN, Administrator, Appellant, v. WILCOX, Administratrix, Respondent.

*(Supreme Court, General Term, Third Department.    September 25, 1890.)*

No opinion.    Motion to dismiss appeal denied.